IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HAROLD G. JORDENING                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:15CV141-MPM-RP

KEN K. BROWN                                                                           DEFENDANT

**FINAL JUDGMENT**

On June 15, 2017, United States Magistrate Judge Roy Percy submitted his Report and Recommendations in this action. Docket 32. The Court previously ordered Plaintiff to appear at the May 24, 2017 Case Management Conference and show cause as to why he should not be sanctioned for previously failing to appear on April 6, 2017. Docket 30. Plaintiff failed to appear or otherwise respond to the Court's Show Cause Order and has further failed to object to the Report and Recommendations. Plaintiff's mail has been returned with the notation "NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." Docket 31, 33.

The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated June 15, 2017, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the Court.

2. This case is dismissed under Fed. R. Civ. P. 41(b).

This the 1st day of August, 2017.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI